UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Michael E. Blaisdell,

        Plaintiff,                              Civil No. 06-441 (RHK/RLE)

vs.                                        **DISQUALIFICATION AND**
                                          **ORDER FOR REASSIGNMENT**

Garlock Sealing Technologies, L.L.C.,
Owens-Illinois, Inc., General Electric
Company, Rapid American Corporation,

        Defendants.

The above-entitled matter has been assigned to the undersigned, a Judge of the above Court. Pursuant to Title 28, United States Code § 455, the undersigned recuses himself from hearing this matter. Accordingly,

**IT IS HEREBY ORDERED,** that pursuant to this Court's Assignment of Cases Order dated December 9, 2005, the above-captioned action shall be resubmitted to the Clerk of Court for reassignment. The Clerk of Court shall not replace a card in the Master Deck for the undersigned.

**IT IS FURTHER ORDERED,** that a copy of this Order shall be filed in the above-captioned case.

Dated: February 2, 2006

                                                       s/Richard H. Kyle
                                                       RICHARD H. KYLE
                                                       United States District Judge